♦GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JASMINE DUARTE** | Crim. No.   3:18-CR-46-007(CAR) |

On June 19, 2019, Jasmine Duarte was committed to the custody of the Federal Bureau of Prisons for 24 months followed by 3 years supervised release for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846 i/c/w 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

Duarte commenced her term of supervised release on February 28, 2020. She has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy* as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended Duarte be discharged from supervision.

Respectfully submitted,

*/s/ John A. Fulford*

John A. Fulford
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered the supervised releasee be discharged from supervision and the proceedings in the case be terminated.

Dated this **30** day of **March**, 2022.

*/s/ C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE